NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KUNTA KINTE PORTER,                     )
                                        )
      Appellant,                    )
                                        )
v.                                      )      Case No. 2D18-329
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                     )
_____ )

Opinion filed February 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Kunta Kinte Porter, pro se.

PER CURIAM.


        Affirmed.


SILBERMAN, SLEET, and ATKINSON, JJ., Concur.